

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-22-00204-CV

———————————————

HYUNDAI TRANSLEAD, Appellant

V.

ASERDA ALHERBI, Appellee

On Appeal from the 17th District Court
Tarrant County, Texas
Trial Court No. 017-323588-21

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

Appellant has filed an unopposed motion to dismiss this interlocutory appeal, indicating that the parties have concluded settlement discussions, that the trial court has granted the parties' joint motion to dismiss the underlying case, and that the current appeal is moot. We grant Appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: August 11, 2022